NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-1568

INTERVET INC.,

Plaintiff-Appellee,

v.

MERIAL LIMITED and MERIAL SAS,

Defendants-Appellants,

Appeals from the United States District Court for the District of Columbia in case no. 06-CV-0658, Judge Henry H. Kennedy, Jr.

ON MOTION

<u>O R D E R</u>

Merial Limited and Merial SAS move to reform the official caption.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. The revised official caption is reflected above.

FOR THE COURT

NOV 1 9 2009

_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:    William G. James, II, Esq.
       Patrick J. Elsevier, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

NOV 1 9 2009

JAN HORBALY
CLERK